IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Criminal Case No.: 10-mj-00006-LTM

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

ROBERT EUGENE SMITH,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED: March 02, 2010

    Identity Hearing set for March 04, 2010 at 9:00 a.m. is **VACATED** and rescheduled to March 03, 2010 at 9:30 a.m.